IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **04-cv-2576-AP**

**KAREN M. BURGER**,

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act, filed September 8, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$2,963.25**.

Dated at Denver, Colorado, this 12th day of September, 2005.

        BY THE COURT:

        **S/John L. Kane**
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT